**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ALBANY PLACE CONDOMINIUM
ASSOCIATION OF TAMPA, INC.,

    Plaintiff,

v.                                                Case No: 8:14-cv-2906-T-30MAP

ALTERRA EXCESS & SURPLUS
LINES INSURANCE COMPANY,

    Defendant.

## **ORDER**

THIS CAUSE comes before the Court upon the parties' Joint Response to December 30, 2014 Order and Stipulation to Abate Bad Faith Counts III & IV (Dkt. 11). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1.    The parties' Stipulation to Abate Bad Faith Counts III & IV (Dkt. 11) is GRANTED.

2.    Counts III & IV of the Complaint is hereby ABATED pending the determination of the underlying contract claim.

3.    Defendant, Alterra Excess & Surplus Insurance Company's Motion to Dismiss or Abate Counts III and IV of the Complaint with Supporting Memorandum of Law (Dkt. 9) is denied as moot.

2

**DONE** and **ORDERED** in Tampa, Florida, this 7th day of January, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2014\14-cv-2906 abate.docx

2